UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATION CONTROLS
& ENGINEERING, LLC,

        Plaintiff,

vs.

Case No. 19-12724

HON. GEORGE CARAM STEEH

FELSOMAT USA, INC. and
RYAN BERMAN,

        Defendants.
_____/

### ORDER GRANTING DEFENDANTS' COUNSEL JEFFREY GLASS' MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT [ECF No. 19]

This matter has come before the court on defendants' counsel Jeffrey Glass' motion to appear without specifying local counsel within the Eastern District of Michigan. Mr. Glass is admitted to the Eastern District of Michigan, but he is not a member of the State of Michigan Bar. Local Rule 83.20(f) requires any member of the bar of this court who is not an active member of the State Bar of Michigan to specify as local counsel a member of the bar of this court having an office within the district.

In this case, defendants are also represented by Albert Bower, who is a member in good standing of the State Bar of Michigan. While neither

Bower nor Glass maintains an office located within the district, the court grants Mr. Glass permission to jointly represent defendants with Mr. Bower and to file an appearance without specifying a local counsel. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's counsel's motion to waive local counsel requirement is GRANTED.

Dated: November 13, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on November 13, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk