UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMATION CONTROLS
& ENGINEERING, LLC,

      Plaintiff,

v.

FELSOMAT USA, INC. and
RYAN BERMAN,

      Defendants.

                          /

Civil Action No.: 19-12724
Honorable George Caram Steeh
Magistrate Judge Elizabeth A. Stafford

## ORDER RESOLVING REMAINING ISSUES FROM
## MOTIONS TO COMPEL [ECF NOS. 15, 30, 31]

In October 2019, Plaintiff Automation Controls & Engineering, LLC

(ACE) moved to compel inspection and copying of a computer hard drive.

[ECF No. 15].[1]  The following month, Defendants Felsomat USA and Ryan

Berman moved to compel responses to interrogatories and requests for

production of documents.  [ECF No. 30; ECF No. 31].  The parties resolved

some of the issues by stipulation and submitted a joint list of unresolved

issues for the rest.  [ECF No. 49; ECF No. 49-1; ECF No. 50].  The Court

---

[1] The Honorable George Caram Steeh referred all non-dispositive pretrial
matters to the undersigned under 28 U.S.C. § 636(b)(1)(A).  [ECF No. 18].

held a hearing on the unresolved issues of February 24, 2020, and found as follows:

- The Court accepts ACE's proposed language for §§ 4 and 7 of the protocol for inspection of Berman's personal computer and the June 2019 mirror image of that computer. Before the responsive documents are disclosed to ACE, defendants may review the documents and remove from production anything that is privileged or personal. Defendant may also designate documents as confidential, and may meet and confer with ACE about any requests that documents be "attorneys' eyes only." If ACE does not agree that documents identified by defendants should be attorneys' eyes only, defendants may move for a protective order. The Court expects that defendants will limit their requests for documents to be designated as attorneys' eyes only.

- The Court **GRANTS** ACE's motion to compel defendants to produce documents under request nos. 4, 6-13 and 18.

- The Court **GRANTS** ACE's motion to compel defendants to produce documents under request no. 16, except that only documents that relate to Berman and one of the eight identified

customers (Systrand, Cummins, Husky Injection Molding Systems, ZF North America, EMAG, Crown Equipment, American Turned Products, Inc. or Thielenhaus Microfinish Corporation) must be produced. ACE may request to broaden the customers for which defendants must respond produce documents under this request if ACE shows evidence that those other customers are relevant.

- The Court **GRANTS** ACE's motion to compel defendants to produce documents responsive to no. 19 to the extent related to companies Berman dealt with while at ACE.

Berman must produce his computer for the forensic examination by March 9, 2020, and defendants must produce documents as ordered here by March 16, 2020.

This Order resolves the remaining issues in the parties' motions to compel [ECF No 15; ECF No. 30; ECF No. 31].

**IT IS SO ORDERED.**

Dated: February 25, 2020        s/Elizabeth A. Stafford
Detroit, Michigan                ELIZABETH A. STAFFORD
                                      United States Magistrate Judge

## NOTICE TO PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which

provides a period of 14 days from the date of receipt of a copy of this order

within which to file objections for consideration by the district judge under

28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 25, 2020.

s/Marlena Williams
MARLENA WILLIAMS
Case Manager
